

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00519-CR

Earl James **OTTER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR3776
Honorable Laura Lee Parker, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED July 10, 2019.

_____
Rebeca C. Martinez, Justice